AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**MARK WAYNE RUSSELL**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 5, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly travel into the District of Columbia from the State of Maryland for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ United States Code, Section(s) __2423(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                          City and State

_____        _____
Name & Title of Judicial Officer                            Signature of Judicial Officer