**United States v. Mark Russell**

**STATEMENT OF FACTS**

On Monday, June 5, 2006, Detective Timothy Palchak, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against children (ICAC) Task Force. Detective Palchak was operating out the the Metropolitan Police Department's Youth Investigations Branch in Northeast, Washington, D.C. On June 5, 2006, an individual using the screen name "mdman396" initiated contact with Detective Palchak, who was using an undercover screen name. Detective Palchak identified himself as a thirteen-year-old girl, (hereinafter referred to as "child"), residing in the District of Columbia. The defendant identified himself as a 46 year-old man who resided in Columbia, Maryland.

Beginning on June 2, 2006, defendant initiated three separate chat conversations in a private Yahoo chat room from his house in Columbia, Maryland. On June 5, 2006 at approximately 8:45 in the morning, defendant initiated the second conversation with the child. During the course of that conversation, the defendant invited the child to view his "web cam" which is a video camera hooked up to a computer. The child accepted the invitation. The web cam video showed the defendant masturbating his exposed penis. The defendant told the child that he wanted to lick and use his fingers on her so that he would not hurt her. The defendant assured that child that he would use condoms to avoid getting her pregnant. The defendant then told the child that he would meet her at 11:00 that morning at her house in Washington, D.C. The defendant then traveled by car from Columbia, Maryland to Washington, D.C.

On June 5, 2006, at approximately 11:25 in the morning, the defendant sent an instant message to the child stating that he had arrived and that he was waiting for her on Downing Street, N.E. in Washington, D.C. The defendant was then arrested.

After being advised and then waiving his rights, defendant gave a statement to Detective Palchak. The defendant admitted that he did have a conversation with a child, masturbating on the web cam and traveled to Washington, D.C. to meet the child.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn to before me this _____day of June, 2006*

_____
U.S. MAGISTRATE JUDGE