UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

v.

MARK WAYNE RUSSELL,

    Defendant.

FILED

JUN 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Cr. No. 06-261 M (JMF)

---

### ORDER

It is, hereby,

**ORDERED** that the defendant be immediately placed on suicide watch.

**SO ORDERED.**

                                                    JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: 06/07/06