UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA

v.

MARK WAYNE RUSSELL,

Defendant.

Cr. No. 06-261 M (JMF)

**FILED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## ORDER

It is, hereby,

**ORDERED** that the Court's order, dated June 7, 2006, placing the defendant on suicide watch is vacated.

**SO ORDERED.**

June 13, 2006

/s/ John M. Facciola
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE